# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Halpern, Philip M. | United States District Court - Southern District of New York | 5/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | **5b.** ☐   Amended Report | |

**7. Chambers or Office Address**

United States District Court, Southern District of New York
300 Quarropas Street, Chambers Room 530
White Plains, New York, 10601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Visitor | Elisabeth Haub School of Law at Pace University |
| 2. | Director | Metropolitan Golf Association |
| 3. | Director | Foundation No. I |
| 4. | Trustee | Revocable Trust No. I |
| 5. | Trustee | Irrevocable Trust No. I |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | Buyout Agreement with Collier,Newberg,LLP |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | ADP Totalsource Inc./ salary | $3,640.00 |
| 2. 2020 | Collier, Halpern&Newberg, LLP/mediation fees and phantom income | $28,861.00 |
| 3. 2020 | Collier, Newberg,LLP/ buyout | $839,477.00 |
| 4. 2020 | American Bar Assn./Book royalties | $596.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. AC ALTERNATIVE INC | A | Dividend | | | Buy | 01/31/20 | J | | |
| 2. | | | | | Sold | 04/02/20 | K | | |
| 3. ABBVIE INC COM | A | Dividend | K | T | Buy | 05/11/20 | K | | |
| 4. ADIENT PLC COM | | None | J | T | | | | | |
| 5. ALLERGAN PLC SHS | A | Dividend | | | Redeemed | 05/11/20 | K | B | |
| 6. ALPHABET INC CL A | | None | K | T | Buy | 04/01/20 | J | | |
| 7. | | | | | Buy | 04/02/20 | K | | |
| 8. | | | | | Sold<br>(part) | 12/18/20 | K | D | |
| 9. | | | | | Sold<br>(part) | 12/28/20 | J | C | |
| 10. | | | | | Sold<br>(part) | 12/31/20 | J | D | |
| 11. AMAZON COM INC | | None | M | T | Buy | 04/01/20 | J | | |
| 12. | | | | | Buy | 04/02/20 | K | | |
| 13. AMBASE CORP | | None | J | T | | | | | |
| 14. AMER CENT EMERG MKTS I | A | Dividend | K | T | Buy | 01/31/20 | J | | |
| 15. | | | | | Buy | 03/03/20 | J | | |
| 16. | | | | | Sold<br>(part) | 03/11/20 | J | | |
| 17. | | | | | Sold<br>(part) | 04/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 04/02/20 | J | | |
| 19. | | | | | Sold (part) | 05/08/20 | J | | |
| 20.   APPLE INC | C | Dividend | O | T | Buy | 03/25/20 | M | | |
| 21. | | | | | Buy | 04/01/20 | J | | |
| 22. | | | | | Buy | 04/02/20 | K | | |
| 23. | | | | | Sold (part) | 12/18/20 | J | C | |
| 24.   BANK OF AMERICA CORP | A | Dividend | K | T | Buy | 04/01/20 | J | | |
| 25. | | | | | Buy | 04/02/20 | K | | |
| 26. | | | | | Sold (part) | 12/28/20 | J | C | |
| 27. | | | | | Sold (part) | 12/31/20 | J | B | |
| 28.   BERKSHIRE HATHAWAY CL-B NEW | | None | L | T | Buy | 04/01/20 | J | | |
| 29. | | | | | Buy | 04/02/20 | K | | |
| 30. | | | | | Sold (part) | 12/31/20 | K | C | |
| 31.   BOEING CO | | None | J | T | Buy | 04/01/20 | J | | |
| 32. | | | | | Buy | 04/02/20 | K | | |
| 33. | | | | | Sold (part) | 12/28/20 | K | D | |
| 34. | | | | | Sold (part) | 12/31/20 | J | D | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BLACKSTONE GROUP INC CL A | C | Dividend | L | T | | | | | |
| 36. BNY MELLON GLB REAL RETURN I | A | Dividend | J | T | Buy | 03/03/20 | J | | |
| 37. | | | | | Sold (part) | 04/01/20 | J | | |
| 38. BNY MELLON DYNAMIC TOT RET I | | None | | | Buy | 01/31/20 | J | | |
| 39. | | | | | Sold | 03/03/20 | J | | |
| 40. | | | | | Sold | 03/11/20 | J | | |
| 41. | | | | | Sold | 04/02/20 | J | | |
| 42. BNY MELLON INTL STK I | B | Dividend | L | T | Buy | 02/24/20 | J | | |
| 43. | | | | | Buy | 03/03/20 | J | | |
| 44. | | | | | Buy | 03/11/20 | J | | |
| 45. | | | | | Sold (part) | 04/01/20 | J | | |
| 46. | | | | | Buy | 04/02/20 | K | | |
| 47. | | | | | Sold (part) | 04/02/20 | J | | |
| 48. | | | | | Sold (part) | 05/06/20 | J | A | |
| 49. BNY MELLON MUN BD INFRASTRUCTU | B | Dividend | K | T | | | | | |
| 50. BRIGHTHOUSE FINL INC | | None | | | Sold | 04/02/20 | J | | |
| 51. CAPITAL ONE FINANCIAL CORP | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. CHEVRON CORP | B | Dividend | K | T | | | | | |
| 53. COMM SERV. SELECT SECTOR SDRR | A | Dividend | L | T | Buy | 01/31/20 | J | | |
| 54. | | | | | Buy | 02/24/20 | J | | |
| 55. | | | | | Buy | 03/03/20 | J | | |
| 56. | | | | | Buy | 03/11/20 | J | | |
| 57. | | | | | Sold (part) | 04/01/20 | J | | |
| 58. | | | | | Buy | 04/02/20 | K | | |
| 59. | | | | | Sold (part) | 04/02/20 | J | | |
| 60. CONOCOPHILLIPS | B | Dividend | K | T | | | | | |
| 61. CONS DISCRET SEL SECT SPDR FD | A | Dividend | L | T | Buy | 01/31/20 | J | | |
| 62. | | | | | Buy | 03/03/20 | J | | |
| 63. | | | | | Sold (part) | 03/11/20 | J | A | |
| 64. | | | | | Sold (part) | 04/01/20 | J | A | |
| 65. | | | | | Sold (part) | 04/02/20 | J | | |
| 66. | | | | | Sold (part) | 05/07/20 | J | B | |
| 67. | | | | | Sold (part) | 12/18/20 | J | C | |
| 68. CONS STAPLES SEL SECT SPDR FD | B | Dividend | L | T | Buy | 01/31/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 03/03/20 | J | | |
| 70. | | | | | Buy | 03/11/20 | J | | |
| 71. | | | | | Sold (part) | 04/01/20 | J | | |
| 72. | | | | | Buy | 04/02/20 | J | | |
| 73. | | | | | Sold (part) | 04/02/20 | J | | |
| 74. DBX ETF TR XTRACK MSCI EURP | A | Dividend | J | T | Sold (part) | 03/03/20 | J | | |
| 75. | | | | | Buy | 03/11/20 | J | | |
| 76. | | | | | Sold (part) | 04/01/20 | J | | |
| 77. | | | | | Buy | 04/02/20 | K | | |
| 78. | | | | | Sold (part) | 05/07/20 | J | | |
| 79. | | | | | Sold (part) | 12/28/20 | K | D | |
| 80. DELAWARE SMID CAP GROWTH INST | D | Distribution | M | T | Buy | 01/31/20 | J | | |
| 81. | | | | | Buy | 03/11/20 | J | | |
| 82. | | | | | Buy | 04/02/20 | J | | |
| 83. | | | | | Sold (part) | 04/02/20 | J | | |
| 84. DELAWARE VALUE INSTL | A | Dividend | | | Buy | 01/31/20 | J | | |
| 85. | | | | | Sold | 03/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold | 03/11/20 | J | | |
| 87. | | | | | Sold | 04/01/20 | J | | |
| 88. | | | | | Sold | 04/02/20 | K | | |
| 89.   DELTA AIR LINES INC NEW | A | Dividend | L | T | Buy | 12/31/20 | K | | |
| 90.   DOUBLELINE INCOME SOLUTIONS FD | D | Dividend | L | T | Buy | 01/31/20 | J | | |
| 91. | | | | | Buy | 03/03/20 | J | | |
| 92. | | | | | Buy | 03/11/20 | J | | |
| 93. | | | | | Buy | 04/01/20 | J | | |
| 94. | | | | | Buy | 04/02/20 | J | | |
| 95.   ENERGY SEL SECT SPDR FD | B | Dividend | K | T | Sold<br>(part) | 03/03/20 | J | | |
| 96. | | | | | Buy | 03/11/20 | J | | |
| 97. | | | | | Buy | 04/01/20 | J | | |
| 98. | | | | | Buy | 04/02/20 | J | | |
| 99.   EXXON MOBIL CORP | E | Dividend | N | T | Buy | 03/25/20 | K | | |
| 100. | | | | | Buy | 04/01/20 | J | | |
| 101. | | | | | Buy | 04/02/20 | K | | |
| 102.  FACEBOOK INC CL-A | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   FEDEX CORP | A | Dividend | K | T | Buy | 04/01/20 | J | | |
| 104. | | | | | Buy | 04/02/20 | K | | |
| 105. | | | | | Sold (part) | 12/18/20 | J | B | |
| 106. | | | | | Sold (part) | 12/31/20 | J | D | |
| 107.   FIRST TR HIGH YL LG/SHT ETF | C | Dividend | L | T | Buy | 01/31/20 | J | | |
| 108. | | | | | Buy | 03/03/20 | J | | |
| 109. | | | | | Sold (part) | 03/11/20 | J | | |
| 110. | | | | | Sold (part) | 04/01/20 | J | | |
| 111. | | | | | Buy | 04/02/20 | J | | |
| 112.   FIRST TRST HLTH CARE ALPHA ETF | | None | K | T | Buy | 01/31/20 | J | | |
| 113. | | | | | Buy | 03/03/20 | J | | |
| 114. | | | | | Buy | 03/11/20 | J | | |
| 115. | | | | | Sold (part) | 04/01/20 | J | | |
| 116. | | | | | Sold (part) | 04/02/20 | J | | |
| 117.   FIRST TRUST AMEX BIOTECH | | None | L | T | Buy | 01/31/20 | J | | |
| 118. | | | | | Buy | 03/03/20 | J | | |
| 119. | | | | | Buy | 03/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 04/01/20 | J | | |
| 121. | | | | | Buy | 04/02/20 | K | | |
| 122.  FIRST TRUST EUROPE | | None | | | Buy | 01/31/20 | J | | |
| 123. | | | | | Sold | 02/24/20 | J | | |
| 124. | | | | | Buy | 03/03/20 | J | | |
| 125. | | | | | Sold | 03/11/20 | J | | |
| 126. | | | | | Sold | 03/17/20 | K | | |
| 127.  FIRST TRUST INDS/PRODS ETF | A | Dividend | | | Buy | 01/31/20 | J | | |
| 128. | | | | | Sold | 03/03/20 | J | | |
| 129. | | | | | Sold | 03/11/20 | J | | |
| 130. | | | | | Sold | 04/01/20 | J | | |
| 131. | | | | | Sold | 04/02/20 | J | | |
| 132.  FIRST TRUST JAPAN | A | Dividend | | | Buy | 01/31/20 | J | | |
| 133. | | | | | Sold | 02/28/20 | K | | |
| 134.  FIRST TRUST LOW DURATION OPP | A | Dividend | K | T | Buy | 03/03/20 | J | | |
| 135. | | | | | Buy | 03/11/20 | J | | |
| 136. | | | | | Sold<br>(part) | 04/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 04/02/20 | K | | |
| 138. FIRST TRUST NASDAQ ABF CBIF | A | Dividend | | | Buy | 01/31/20 | J | | |
| 139. | | | | | Sold | 03/03/20 | J | A | |
| 140. | | | | | Sold | 03/11/20 | J | | |
| 141. | | | | | Sold | 04/02/20 | J | | |
| 142. FIRST TRUST SENIOR LOAN FUND | A | Dividend | J | T | Buy | 03/03/20 | J | | |
| 143. | | | | | Sold (part) | 04/01/20 | J | | |
| 144. FIRST TRUST VALUE LINE DIV IDX | A | Dividend | | | Buy | 03/03/20 | J | | |
| 145. | | | | | Buy | 03/11/20 | J | | |
| 146. | | | | | Sold | 04/01/20 | J | | |
| 147. | | | | | Buy | 04/02/20 | K | | |
| 148. | | | | | Sold | 04/02/20 | J | | |
| 149. | | | | | Sold | 05/06/20 | K | A | |
| 150. FT ENHANCED SHORT MURITY ETF | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 151. | | | | | Sold (part) | 03/03/20 | J | A | |
| 152. | | | | | Sold (part) | 03/11/20 | J | A | |
| 153. | | | | | Sold (part) | 04/01/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 04/02/20 | K | | |
| 155.  FT NORTH AMERICAN ENERGY INFRA | B | Dividend | K | T | Buy | 01/31/20 | J | | |
| 156. | | | | | Buy | 03/03/20 | J | | |
| 157. | | | | | Sold<br>(part) | 03/11/20 | J | | |
| 158. | | | | | Buy | 04/01/20 | J | | |
| 159. | | | | | Sold<br>(part) | 04/02/20 | K | | |
| 160. | | | | | Sold<br>(part) | 05/07/20 | J | | |
| 161.  FT-PREFERRED SECUR & INC ETF | B | Dividend | K | T | Buy | 01/31/20 | J | | |
| 162. | | | | | Buy | 03/03/20 | J | | |
| 163. | | | | | Sold<br>(part) | 03/11/20 | J | | |
| 164. | | | | | Sold<br>(part) | 04/01/20 | J | | |
| 165. | | | | | Buy | 04/02/20 | J | | |
| 166.  GENERAL ELECTRIC CO | A | Dividend | K | T | Buy | 04/02/20 | K | | |
| 167.  HARTFORD SCHRODER EM MKT EQ I | A | Dividend | M | T | Buy | 01/31/20 | J | | |
| 168. | | | | | Buy | 03/03/20 | J | | |
| 169. | | | | | Buy | 03/11/20 | J | | |
| 170. | | | | | Sold<br>(part) | 04/01/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes:<br>   (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>   (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>   (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 04/02/20 | J | | |
| 172. HEALTH CARE SEL SECT SPDR FD | C | Dividend | M | T | Buy | 01/31/20 | J | | |
| 173. | | | | | Buy | 03/03/20 | J | | |
| 174. | | | | | Buy | 03/11/20 | J | | |
| 175. | | | | | Sold<br>(part) | 04/01/20 | J | | |
| 176. | | | | | Sold<br>(part) | 04/02/20 | J | | |
| 177. INDUSTRIAL SEL SEC SPDR FD | A | Dividend | K | T | Buy | 01/31/20 | J | | |
| 178. | | | | | Sold<br>(part) | 03/11/20 | J | | |
| 179. | | | | | Buy | 04/01/20 | J | | |
| 180. | | | | | Buy | 04/02/20 | J | | |
| 181. | | | | | Sold<br>(part) | 04/02/20 | J | | |
| 182. INTL BUSINESS MACHINES CORP | B | Dividend | J | T | Buy | 04/01/20 | J | | |
| 183. | | | | | Buy | 04/02/20 | K | | |
| 184. | | | | | Sold<br>(part) | 12/18/20 | K | C | |
| 185. INVESCO EMER MRKTS SOVER ETF | A | Dividend | | | Buy | 01/31/20 | J | | |
| 186. | | | | | Sold | 04/02/20 | J | | |
| 187. INVESCO MUNI INCOME A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  INVESCO OPP RCH MUNICIPALS Y | A | Dividend | | | Sold | 04/02/20 | J | A | |
| 189.  ISHARES INC MSCI JAPAN ETF | | None | | | Buy | 01/31/20 | J | | |
| 190. | | | | | Sold | 03/03/20 | J | A | |
| 191. | | | | | Sold | 03/11/20 | J | A | |
| 192. | | | | | Sold | 04/02/20 | K | | |
| 193.  ISHARES JP MORGAN EM BOND ETF | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 194. | | | | | Sold (part) | 04/01/20 | J | | |
| 195. | | | | | Sold (part) | 04/02/20 | J | | |
| 196.  ISHARES MSCI BRIC ETF | | None | | | Buy | 01/31/20 | J | | |
| 197. | | | | | Sold | 03/03/20 | J | A | |
| 198. | | | | | Sold | 03/11/20 | J | A | |
| 199. | | | | | Sold | 04/02/20 | K | | |
| 200.  ISHARES MSCI CANADA ETF | | None | | | Buy | 01/31/20 | J | | |
| 201. | | | | | Sold | 03/11/20 | J | | |
| 202. | | | | | Buy | 04/01/20 | J | | |
| 203. | | | | | Sold | 04/02/20 | K | | |
| 204. | | | | | Sold | 05/07/20 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  ISHARES MSCI EAFE ETF | A | Dividend | K | T | | | | | |
| 206.  ISHARES MSCI EAFE GRWTH ETF | A | Dividend | L | T | Buy | 01/31/20 | J | | |
| 207. | | | | | Sold<br>(part) | 03/03/20 | J | B | |
| 208. | | | | | Sold<br>(part) | 03/11/20 | J | A | |
| 209. | | | | | Buy | 04/01/20 | J | | |
| 210. | | | | | Sold<br>(part) | 04/02/20 | J | | |
| 211.  ISHARES MSCI EMERGING MKTS ETF | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 212. | | | | | Sold<br>(part) | 03/11/20 | J | A | |
| 213. | | | | | Buy | 04/01/20 | J | | |
| 214. | | | | | Sold<br>(part) | 04/02/20 | K | | |
| 215.  ISHARES MSCI EMU ETF | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 216. | | | | | Sold<br>(part) | 03/11/20 | J | | |
| 217. | | | | | Buy | 04/01/20 | J | | |
| 218. | | | | | Sold<br>(part) | 04/02/20 | L | | |
| 219.  ISHARES MSCI EURO FINANCIAL ETF | | None | | | Buy | 03/11/20 | J | | |
| 220. | | | | | Sold | 04/02/20 | J | | |
| 221.  ISHARES MSCI FRONTIER 100 ETF | | None | | | Buy | 01/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold | 03/11/20 | J | | |
| 223. | | | | | Sold | 04/02/20 | J | | |
| 224.  ISHARES MSCI GERMANY ETF | A | Dividend | K | T | Buy | 03/11/20 | J | | |
| 225. | | | | | Buy | 04/02/20 | K | | |
| 226.  ISHARES MSCI ITALY ETF | A | Dividend | K | T | Buy | 03/11/20 | J | | |
| 227. | | | | | Buy | 04/02/20 | K | | |
| 228.  ISHARES MSCI UNITED KINGDOM ETF | A | Dividend | K | T | Buy | 03/03/20 | J | | |
| 229. | | | | | Buy | 03/11/20 | J | | |
| 230. | | | | | Sold<br>(part) | 04/01/20 | J | | |
| 231. | | | | | Buy | 04/02/20 | K | | |
| 232. | | | | | Sold<br>(part) | 04/02/20 | J | | |
| 233.  ISHARES PREFERRED & INCOME S | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 234. | | | | | Sold<br>(part) | 03/11/20 | J | | |
| 235. | | | | | Buy | 04/01/20 | J | | |
| 236. | | | | | Sold<br>(part) | 04/02/20 | K | | |
| 237. ISHARES S&P MIDCAP 400 INDEX | A | Dividend | K | T | Buy | 01/31/20 | J | | |
| 238. | | | | | Sold<br>(part) | 03/11/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy | 04/01/20 | J | | |
| 240. | | | | | Sold (part) | 04/02/20 | K | | |
| 241.  ISHARES SP SMALLCAP 600 INDEX | A | Dividend | K | T | Buy | 01/31/20 | J | | |
| 242. | | | | | Buy | 03/03/20 | J | | |
| 243. | | | | | Sold (part) | 03/11/20 | J | | |
| 244. | | | | | Buy | 04/01/20 | J | | |
| 245. | | | | | Sold (part) | 04/02/20 | K | | |
| 246.  JOHN HANCOCK MULTI FACT MID | A | Dividend | K | T | Buy | 03/11/20 | J | | |
| 247. | | | | | Buy | 04/02/20 | J | | |
| 248.  JETBLUE AWYS CORP COM | | None | K | T | Buy | 12/31/20 | K | | |
| 249.  JOHNSON & JOHNSON | A | Dividend | K | T | Buy | 04/01/20 | J | | |
| 250. | | | | | Buy | 04/02/20 | K | | |
| 251. | | | | | Sold (part) | 12/18/20 | J | B | |
| 252.  JOHNSON CTLS INTL PLC | A | Dividend | K | T | | | | | |
| 253.  JPMORGAN CHASE & CO | B | Dividend | L | T | Buy | 04/01/20 | J | | |
| 254. | | | | | Buy | 04/02/20 | K | | |
| 255. | | | | | Buy | 12/31/20 | J | | |

| 1 | Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  JPMORGAN EQUITY INCOME I | A | Dividend | K | T | Buy | 01/31/20 | J | | |
| 257. | | | | | Buy | 03/03/20 | J | | |
| 258. | | | | | Buy | 03/11/20 | J | | |
| 259. | | | | | Sold (part) | 04/01/20 | J | | |
| 260. | | | | | Buy | 04/02/20 | J | | |
| 261. | | | | | Sold (part) | 04/02/20 | J | | |
| 262.  JPMORGAN GLOBAL BD OPPORT I | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 263. | | | | | Buy | 03/03/20 | J | | |
| 264. | | | | | Sold (part) | 03/12/20 | J | | |
| 265. | | | | | Sold (part) | 04/01/20 | J | | |
| 266. | | | | | Sold (part) | 04/02/20 | K | | |
| 267.  JP MORGAN ULTRA-SHORT INC ETF | A | Dividend | K | T | Buy | 01/31/20 | J | | |
| 268. | | | | | Sold (part) | 03/03/20 | J | A | |
| 269. | | | | | Sold (part) | 03/11/20 | J | A | |
| 270. | | | | | Sold (part) | 04/01/20 | J | | |
| 271. | | | | | Sold (part) | 04/02/20 | K | | |
| 272.  KRANESH BOSERA MSCI CHINA A | A | Dividend | L | T | Buy | 03/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy | 03/11/20 | J | | |
| 274. | | | | | Sold (part) | 04/01/20 | J | | |
| 275. | | | | | Buy | 04/02/20 | L | | |
| 276. | | | | | Sold (part) | 05/08/20 | J | A | |
| 277. | | | | | Sold (part) | 12/28/20 | K | D | |
| 278. MATERIALS SEL SECT SPDR FD | A | Dividend | K | T | Buy | 01/31/20 | J | | |
| 279. | | | | | Sold (part) | 03/03/20 | J | A | |
| 280. | | | | | Buy | 03/11/20 | J | | |
| 281. | | | | | Buy | 04/01/20 | J | | |
| 282. | | | | | Sold (part) | 04/02/20 | J | | |
| 283. | | | | | Sold (part) | 12/24/20 | J | A | |
| 284. MAINSTAY MCKAY SHTDUR HGYD I | A | Dividend | | | Buy | 01/31/20 | J | | |
| 285. | | | | | Sold | 03/11/20 | J | | |
| 286. | | | | | Sold | 04/02/20 | K | | |
| 287. METLIFE INCORORATED | A | Dividend | J | T | | | | | |
| 288. MICROSOFT CORP | A | Dividend | L | T | Buy | 04/01/20 | J | | |
| 289. | | | | | Buy | 04/02/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Sold<br>(part) | 12/18/20 | J | B | |
| 291. MORGAN STANLEY | A | Dividend | K | T | | | | | |
| 292. Morgan Stanley Bank Deposit | A | Dividend | P1 | T | | | | | |
| 293. NUV NEW YORK AMT-FREE MUNIC | A | Dividend | J | T | | | | | |
| 294. NUVEEN NEW YORK MUNI VALUE FD | A | Dividend | J | T | | | | | |
| 295. PIMCO DYN CREDIT & MORT INC FD | D | Dividend | M | T | Buy | 01/31/20 | J | | |
| 296. | | | | | Sold<br>(part) | 02/12/20 | K | A | |
| 297. | | | | | Sold<br>(part) | 02/13/20 | J | A | |
| 298. | | | | | Buy | 03/03/20 | J | | |
| 299. | | | | | Buy | 03/11/20 | J | | |
| 300. | | | | | Buy | 04/01/20 | J | | |
| 301. | | | | | Buy | 04/02/20 | K | | |
| 302. PORT AUTH NY NJ SPL PJ 6 JFK INTL<br>AIR TERMINAL LLC PJCoupon 5.75%<br>Matu | A | Dividend | | | Redeemed | 12/31/20 | J | | |
| 303. RAYTHEON TECHNOLOGIES CORP | | None | K | T | Buy | 12/31/20 | K | | |
| 304. SPDR GOLD TR GOLD SHS | | None | L | T | Buy | 01/31/20 | J | | |
| 305. | | | | | Buy | 03/03/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 306. | | | | | Buy | 03/11/20 | J | | |
| 307. | | | | | Sold<br>(part) | 04/01/20 | J | | |
| 308. | | | | | Buy | 04/02/20 | J | | |
| 309. | | | | | Sold<br>(part) | 04/02/20 | J | | |
| 310. SPDR S&P 500 ETF TRUST | B | Dividend | M | T | | | | | |
| 311. SPDR S&P GLB NAT RESOURCES | | None | | | Sold | 02/24/20 | J | | |
| 312. THE FINANCIAL SEL SECT SPDR FD | B | Dividend | L | T | Buy | 01/31/20 | J | | |
| 313. | | | | | Sold<br>(part) | 03/03/20 | J | | |
| 314. | | | | | Buy | 03/11/20 | J | | |
| 315. | | | | | Sold<br>(part) | 04/01/20 | J | A | |
| 316. | | | | | Sold<br>(part) | 04/02/20 | K | | |
| 317. TRI CONTINENTAL CORP | E | Dividend | N | T | | | | | |
| 318. UNIT IMIT MUNICIPAL INSURED NEW YORK 120 MPS | A | Interest | J | T | | | | | |
| 319. UNUMPROVIDENT CORP | A | Dividend | J | T | | | | | |
| 320. UTILITIES SEL SECT SPDR FUND | B | Dividend | K | T | Buy | 01/31/20 | J | | |
| 321. | | | | | Buy | 03/03/20 | J | | |
| 322. | | | | | Buy | 03/11/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. | | | | | Sold (part) | 04/01/20 | J | | |
| 324. | | | | | Sold (part) | 04/02/20 | J | | |
| 325. | | | | | Sold (part) | 05/07/20 | J | | |
| 326. | | | | | Sold (part) | 05/08/20 | J | | |
| 327. VANGUARD FTSE EMERGING MARKETS | | None | | | Sold | 03/03/20 | J | | |
| 328. VANGUARD FTSE PACIFIC ETF | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 329. | | | | | Sold (part) | 03/03/20 | J | A | |
| 330. | | | | | Sold (part) | 03/11/20 | J | | |
| 331. | | | | | Buy | 04/01/20 | J | | |
| 332. | | | | | Sold (part) | 04/02/20 | L | | |
| 333. VANGUARD GLBL EX-US REAL EST | | None | | | Sold | 02/24/20 | J | | |
| 334. VANGUARD INFO TECH ETF | C | Dividend | M | T | Buy | 01/31/20 | K | | |
| 335. | | | | | Sold (part) | 03/03/20 | J | A | |
| 336. | | | | | Sold (part) | 04/01/20 | J | B | |
| 337. | | | | | Sold (part) | 04/02/20 | J | | |
| 338. | | | | | Sold (part) | 12/18/20 | L | E | |
| 339. | | | | | Sold (part) | 12/31/20 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. VANGUARD INTL EQUITY INDEX FD | A | Dividend | | | Buy | 01/31/20 | J | | |
| 341. | | | | | Sold | 03/11/20 | J | | |
| 342. | | | | | Sold | 04/02/20 | K | | |
| 343. VANGUARD MID CAP VALUE ETF | A | Dividend | | | Buy | 03/03/20 | J | | |
| 344. | | | | | Buy | 03/11/20 | J | | |
| 345. | | | | | Sold | 04/01/20 | J | | |
| 346. | | | | | Sold | 04/02/20 | J | | |
| 347. VANGUARD REAL ESTATE ETF | B | Dividend | L | T | Buy | 01/31/20 | J | | |
| 348. | | | | | Buy | 03/03/20 | J | | |
| 349. | | | | | Buy | 03/11/20 | J | | |
| 350. | | | | | Buy | 04/01/20 | J | | |
| 351. | | | | | Buy | 04/02/20 | K | | |
| 352. VANGUARD SM CAP VALUE ETF | A | Dividend | J | T | Buy | 03/03/20 | J | | |
| 353. | | | | | Buy | 03/11/20 | J | | |
| 354. | | | | | Sold (part) | 04/01/20 | J | | |
| 355. | | | | | Sold (part) | 04/02/20 | J | | |
| 356. VICTORY RS INTL A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357.  VIRTUS INVESTMENT PARTNERS INC | A | Dividend | J | T | | | | | |
| 358.  VIRTUS VONTOBEL EMRG MKT OPP I | | None | | | Buy | 01/31/20 | J | | |
| 359. | | | | | Sold | 03/11/20 | J | A | |
| 360. | | | | | Sold | 04/02/20 | J | | |
| 361.  WABTEC CORP | A | Dividend | J | T | | | | | |
| 362.  WALT DISNEY CO HLDG CO | | None | L | T | Buy | 04/01/20 | J | | |
| 363. | | | | | Buy | 04/02/20 | K | | |
| 364. | | | | | Sold (part) | 12/18/20 | J | C | |
| 365. | | | | | Sold (part) | 12/31/20 | J | C | |
| 366.  WISDOMTREE TR INT RT HDG HIGH YIELD BOND | A | Dividend | | | Buy | 02/20/20 | L | | |
| 367. | | | | | Sold | 03/03/20 | J | | |
| 368. | | | | | Sold | 03/11/20 | J | | |
| 369. | | | | | Sold | 04/01/20 | J | | |
| 370. | | | | | Sold | 04/02/20 | K | | |
| 371.  WISDOMTREE TR US MIDCAP FUND | A | Dividend | J | T | Sold (part) | 03/11/20 | J | A | |
| 372. | | | | | Buy | 04/01/20 | J | | |
| 373. | | | | | Sold (part) | 04/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. WISDOMTREE US SMALLCAP DIV FUND | A | Dividend | | | Sold | 02/27/20 | J | A | |
| 375. | | | | | Sold | 02/28/20 | J | A | |
| 376. ADOBE INC | | None | J | T | Sold (part) | 06/17/20 | J | A | |
| 377. ALPHABET INC CL A | | None | K | T | Buy | 06/18/20 | J | | |
| 378. AMERICAN TOWER CORP | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 379. | | | | | Buy | 03/19/20 | J | | |
| 380. | | | | | Sold (part) | 12/09/20 | J | A | |
| 381. AMAZON.COM INC | | None | K | T | Sold (part) | 10/06/20 | J | B | |
| 382. | | | | | Buy | 11/24/20 | J | | |
| 383. APPLE INC | A | Dividend | M | T | Buy | 03/04/20 | J | | |
| 384. | | | | | Sold (part) | 12/09/20 | J | B | |
| 385. APPLIED MATERIAL INC | | None | J | T | Buy | 12/09/20 | J | | |
| 386. | | | | | Buy | 12/10/20 | J | | |
| 387. BANK OF AMERICA NA | | None | J | T | | | | | |
| 388. BECTON DICKINSON CO | A | Dividend | K | T | | | | | |
| 389. CASH MERRILL LYNCH | A | Interest | K | T | | | | | |
| 390. COSTCO WHOLESALE CORPORATION | A | Dividend | J | T | Buy | 03/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 391. | | | | | Buy | 03/18/20 | J | | |
| 392. | | | | | Sold<br>(part) | 06/17/20 | J | A | |
| 393. CISCO SYSTEMS INC | A | Dividend | | | Sold | 03/02/20 | J | A | |
| 394. CHEVRON CORP | A | Dividend | J | T | | | | | |
| 395. D.R. HORTON INC | A | Dividend | J | T | Buy | 03/17/20 | J | | |
| 396. | | | | | Buy | 03/18/20 | J | | |
| 397. DOVER CORP | A | Dividend | J | T | Buy | 06/17/20 | J | | |
| 398. | | | | | Buy | 06/18/20 | J | | |
| 399. DOMINO'S PIZZA INC | | None | | | Sold | 02/07/20 | J | A | |
| 400. | | | | | Sold | 02/10/20 | J | A | |
| 401. | | | | | Sold | 02/11/20 | J | A | |
| 402. | | | | | Sold | 02/12/20 | J | A | |
| 403. EATON VANCE BALANCED FUND CL I | B | Dividend | L | T | | | | | |
| 404. ECOLAB INC | A | Dividend | J | T | | | | | |
| 405. EDWARDS LIFESCIENCES CORP | | None | J | T | Buy | 06/08/20 | J | | |
| 406. | | | | | Buy | 06/17/20 | J | | |
| 407. ESTEE LAUDER COMPANIES INC | A | Dividend | J | T | Sold<br>(part) | 03/17/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. FACEBOOK INC | | None | K | T | Sold (part) | 06/17/20 | J | A | |
| 409. FINANCIAL SELECT SECTOR SPDR FUND | A | Dividend | J | T | Buy | 12/09/20 | J | | |
| 410. FIRST REPUBLIC BANK | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 411. GENERAL DYNAMICS CORPORATION | A | Dividend | J | T | Buy | 06/17/20 | J | | |
| 412. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 413. HONEYWELL INTERNATIONAL INC | A | Dividend | J | T | Buy | 06/17/20 | J | | |
| 414. INTERCONTINENTAL EXCHANGE INC | A | Dividend | J | T | Buy | 02/07/20 | J | | |
| 415. | | | | | Buy | 02/10/20 | J | | |
| 416. | | | | | Buy | 02/11/20 | J | | |
| 417. | | | | | Buy | 02/12/20 | J | | |
| 418. | | | | | Sold (part) | 06/17/20 | J | A | |
| 419. | | | | | Sold (part) | 06/18/20 | J | A | |
| 420. INTUIT INC | A | Dividend | J | T | | | | | |
| 421. INTUITIVE SURGICAL INC | | None | J | T | | | | | |
| 422. INVESCO QQQ TRUST SERIES 1 | A | Dividend | J | T | Buy | 07/15/20 | J | | |
| 423. ISHARES CORE U.S. AGGREGATE BOND ETF | A | Dividend | J | T | | | | | |
| 424. ISHARES EDGE MSCI MIN VOL USA ETF | A | Dividend | | | Sold | 07/15/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 425.  ISHARES NATIONAL MUNI BOND ETF | A | Dividend | J | T | | | | | |
| 426.  ISHARES TIPS BOND ETF | A | Dividend | J | T | Buy | 07/15/20 | J | | |
| 427.  JPMORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 428.  KNIGHT-SWIFT TRANSPORTATION HOLDINGS INC | A | Dividend | | | Sold | 06/08/20 | J | B | |
| 429.  LOWE'S COMPANIES INC | A | Dividend | J | T | Buy | 03/17/20 | J | | |
| 430. | | | | | Buy | 03/18/20 | J | | |
| 431. | | | | | Sold (part) | 11/24/20 | J | B | |
| 432.  MASTERCARD INC | A | Dividend | J | T | | | | | |
| 433.  MATERIALS SELECT SECTOR SPDR FUND | | None | | | Sold | 03/19/20 | J | | |
| 434.  MCDONALD'S CORP | A | Dividend | K | T | Buy | 06/08/20 | J | | |
| 435.  MERCK & CO INC | A | Dividend | | | Buy | 03/17/20 | J | | |
| 436. | | | | | Buy | 03/18/20 | J | | |
| 437. | | | | | Sold | 11/24/20 | J | A | |
| 438.  MICROSOFT CORPORATION | A | Dividend | L | T | Sold (part) | 02/07/20 | J | A | |
| 439.  MODERNA INC | | None | J | T | Buy | 12/09/20 | J | | |
| 440.  NETFLIX INC | | None | L | T | Sold (part) | 03/02/20 | J | A | |
| 441. | | | | | Buy | 03/17/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. | | | | | Buy | 03/18/20 | J | | |
| 443. NORTHROP GRUMMAN CORPORATION | A | Dividend | | | Sold | 11/25/20 | J | A | |
| 444. | | | | | Sold | 11/27/20 | J | A | |
| 445. | | | | | Sold | 11/30/20 | J | A | |
| 446. NVIDIA CORPORATION | A | Dividend | J | T | Sold (part) | 03/02/20 | J | A | |
| 447. | | | | | Buy | 11/24/20 | J | | |
| 448. NY GO BD Mar 13 | | None | K | T | | | | | |
| 449. O'REILLY AUTOMOTIVE INC | | None | J | T | Buy | 02/07/20 | J | | |
| 450. | | | | | Buy | 02/10/20 | J | | |
| 451. | | | | | Buy | 02/11/20 | J | | |
| 452. | | | | | Sold (part) | 12/09/20 | J | A | |
| 453. PAYPAL HOLDINGS INC | | None | K | T | Buy | 03/02/20 | J | | |
| 454. | | | | | Sold (part) | 06/17/20 | J | A | |
| 455. | | | | | Buy | 11/24/20 | J | | |
| 456. RAYTHEON TECHNOLOGIES CORP | A | Dividend | | | Sold | 12/09/20 | J | A | |
| 457. SALESFORCE.COM INC | | None | J | T | | | | | |
| 458. SPDR S&P MIDCAP 400 ETF TRUST | | None | | | Sold | 03/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. SPDR S&P 500 ETF TRUST | A | Dividend | K | T | | | | | |
| 460. SPOTIFY TECHNOLOGY S.A. | | None | K | T | | | | | |
| 461. TESLA INC | | None | J | T | Buy | 11/25/20 | J | | |
| 462. | | | | | Buy | 11/27/20 | J | | |
| 463. | | | | | Buy | 11/30/20 | J | | |
| 464. | | | | | Buy | 12/09/20 | J | | |
| 465. TEXAS INSTRUMENTS INCORPORATED | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 466. THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 467. | | | | | Sold (part) | 11/24/20 | J | B | |
| 468. TJX COMPANIES INC | A | Dividend | J | T | Sold (part) | 03/17/20 | J | A | |
| 469. | | | | | Buy | 11/24/20 | J | | |
| 470. UBER TECHNOLOGIES INC | | None | J | T | Buy | 02/07/20 | J | | |
| 471. | | | | | Buy | 02/10/20 | J | | |
| 472. | | | | | Buy | 02/11/20 | J | | |
| 473. | | | | | Buy | 02/12/20 | J | | |
| 474. | | | | | Buy | 03/02/20 | J | | |
| 475. | | | | | Sold (part) | 03/17/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 476. | | | | | Sold<br>(part) | 03/18/20 | J | A | |
| 477. UNITEDHEALTH GROUP INC | A | Dividend | J | T | Sold<br>(part) | 03/02/20 | J | A | |
| 478. VANGUARD GROWTH INDEX FUND ETF | A | Dividend | K | T | Buy | 07/15/20 | K | | |
| 479. VANGUARD MID-CAP GROWTH INDEX FUND ETF | A | Dividend | K | T | Sold<br>(part) | 12/09/20 | J | | |
| 480. VANGUARD RUSSELL 1000 ET VALUE | A | Dividend | | | Sold | 07/15/20 | J | B | |
| 481. VANGUARD VALUE INDEX FUND ETF | A | Dividend | J | T | | | | | |
| 482. VISA INC | A | Dividend | K | T | Buy | 11/24/20 | J | | |
| 483. VMWARE INC | | None | J | T | Buy | 06/17/20 | J | | |
| 484. | | | | | Buy | 06/18/20 | J | | |
| 485. | | | | | Buy | 06/19/20 | J | | |
| 486. | | | | | Sold<br>(part) | 12/09/20 | J | A | |
| 487. WALT DISNEY CO | A | Dividend | K | T | | | | | |
| 488. WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORP | A | Dividend | | | Sold | 06/08/20 | J | A | |
| 489. WISDOMTREE US MIDCAP DIV FD | A | Dividend | | | Sold | 07/15/20 | J | A | |
| 490. ZOETIS INC | A | Dividend | J | T | | | | | |
| 491. Guardian Global Utilities VIP Fund | | None | M | T | | | | | |
| 492. Guardian Core Plus Fixed Income VIP Fund | | None | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 493. Guardian International Growth VIP Fund | | None | J | T | | | | | |
| 494. Guardian Large Cap Disciplined Value VIP Fund | | None | J | T | | | | | |
| 495. Guardian Large Cap Fundamental Growth VIP Fund | | None | J | T | | | | | |
| 496. Guardian Mid Cap Relative Value VIP Fund | | None | J | T | | | | | |
| 497. Guardian Mid Cap Traditional Growth VIP Fund | | None | J | T | | | | | |
| 498. Blackrock Advantage Large Cap Core CL 111 | | None | J | T | | | | | |
| 499. Columbia Variable Portfolio Small Cap Value Fund Class 2 | | None | J | T | | | | | |
| 500. Guardian Small Cap Core VIP Fund | | None | J | T | | | | | |
| 501. Victory Incore Investment Quality Bond VIP Series | | None | J | T | | | | | |
| 502. Victory Incore Low Duration Bond VIP Series | | None | J | T | | | | | |
| 503. MFS VIT New Discovery Series SC | | None | J | T | | | | | |
| 504. MFS VIT Technology Portfolio SC | | None | J | T | | | | | |
| 505. Guardian Multi-Sector Bond VIP Fund | | None | J | T | | | | | |
| 506. Guardian U.S. Government Securities VIP Fund | | None | J | T | | | | | |
| 507. Putnam VT Multi-Cap Core Fund | | None | J | T | | | | | |
| 508. Putnam VT Equity Income CL IB | | None | J | T | | | | | |
| 509. Templeton Foreign VIP Fund Class 2 Shares | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halpern, Philip M. | 5/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 510. | | | | | | | | | |
| 511. | | | | | | | | | |
| 512. | | | | | | | | | |
| 513. | | | | | | | | | |
| 514. | | | | | | | | | |
| 515. | | | | | | | | | |
| 516. | | | | | | | | | |
| 517. | | | | | | | | | |
| 518. | | | | | | | | | |
| 519. | | | | | | | | | |
| 520. | | | | | | | | | |
| 521. | | | | | | | | | |
| 522. | | | | | | | | | |
| 523. | | | | | | | | | |
| 524. | | | | | | | | | |
| 525. | | | | | | | | | |
| 526. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Halpern, Philip M.** | 5/05/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I Positions:Filer has no beneficial interests in the two Trusts listed in items 4 and 5 in Part I. VIII Investments and Trusts: The assets listed on lines 491 through 509 do not show actual income earned ; and only show a unit value. Therfore, no information has been included in column B for those line items .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Philip M. Halpern**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544